No. 1072, Misc. SUMMERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1075, Misc. FIERRO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1083, Misc. GLOVER v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1085, Misc. MATTHEWS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1098, Misc. WASHINGTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Sam Adam* for petitioner.

No. 1104, Misc. McCONNELL v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1105, Misc. HILL v. COURT OF APPEAL OF CALIFORNIA, SECOND DISTRICT, DIVISION TWO, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1154, Misc. BRECHEEN v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Albert J. Ahern, Jr.,* for petitioner.

No. 1158, Misc. REINKE v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1180, Misc. EWING v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.